| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>PITTMAN, THOMAS V | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF ALABAMA | 3. Date of Report<br><br>5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>ROOM 401, U. S. COURTHOUSE<br>113 ST. JOSEPH STREET<br>MOBILE, ALABAMA 36602 | 8. On the basis of the information contained in his Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF TRUSTEES | SAMFORD UNIVERSITY, BIRMINGHAM, ALABAMA |
| 2. MEMBER, BOARD OF TRUSTEES | BAPTIST OAKS (APTS.), MOBILE, ALABAMA |
| 3. TRUSTEE | ████████TRUST U/W |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 23 A 11: 40 RECEIVED


COPY

## III. NON-INVESTMENT INCOME.  (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS  – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COMPASS BANK (CHECKING) | A | Interest | J | T | | | | | |
| 2. SCUDDER MANGD MUNI BD FUND | A | Interest | K | T | | | | | |
| 3. ARMY AVAITION CENTER FEDERAL CREDIT UNION (SVGS) | A | Interest | J | T | | | | | |
| 4. COMPASS BANK (MONEY MARKET) | A | Interest | J | T | | | | | |
| 5. MORGAN KEEGAN/REGIONS (TREAS. MNY MKT) | A | Dividend | | | CLOSED ACCT | 04/20 | J | | |
| 6. LINCOLN NATIONAL (ANNUITY) | D | Interest | M | T | | | | | |
| 7. NATIONWIDE (ANNUITY) | C | Interest | M | T | | | | | |
| 8. AMSOUTH BANK (CHECKING) | A | Interest | J | T | | | | | |
| 9. AMSOUTH BANK (CD) | A | Interest | | | MATURED | 04/16 | K | | |
| 10. SCHWAB ACCOUNT # 1 | | | | | | | | | |
| 11. - MANAGER'S INTL EQUITY FUND A | A | Dividend | J | T | | | | | |
| 12. - PIMCO LOW DURATION FUND | A | Dividend | K | T | | | | | |
| 13. - SCHWAB GOVERNMENT MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 14. - MANAGER'S CAP APPREC FUND | | None | J | T | | | | | |
| 15. - MANAGER'S SPECIAL EQUITY FUND | | None | J | T | | | | | |
| 16. - PIMCO REAL RETURN FUND | B | Dividend | K | T | PART SALE | 10/11 | J | | |
| 17. TRUST A | D | Interest | M | T | | | | | |
| 18. - AMERICAN ELECTRIC POWER COM STK | | | | | PART SALE | 6/14 | J | B | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - DUKE ENERGY CORP COM STK | | | | | PART SALE | 6/14 | J | B | |
| 20. - RMK SELECT GROWTH FUND A | | | | | | | | | |
| 21. - RMK SELECT VALUE FUND A | | | | | | | | | |
| 22. - WISCONSIN ENERGY COM STK | | | | | PART SALE | 06/14 | J | C | |
| 23. - REGIONS MORGAN KEEGAN MONEY MARKET FD | | | | | | | | | |
| 24. - RMK SELECT MID CAP FUND A (01SA) | | | | | BUY | 06/21 | J | | |
| 25. - RMK SELECT MID CAP FUND A (01AA) | | | | | BUY | 06/21 | J | | |
| 26. - FIDELITY ADV EQ INC FUND | | | | | BUY | 06/21 | J | | |
| 27. TRUST B | D | Interest | N | T | | | | | |
| 28. - U S TREASURY NOTES | | | | | | | | | |
| 29. - A T & T COM STK | | | | | | | | | |
| 30. - BELLSOUTH CORP COM STK | | | | | | | | | |
| 31. - COMCAST CORP COM STK | | | | | | | | | |
| 32. - FPL GROUP INC COM STK | | | | | | | | | |
| 33. - RMK SELECT GROWTH FUND A | | | | | | | | | |
| 34. - RMK SELECT VALUE FUND A | | | | | | | | | |
| 35. - RMK SEL MID CAP GRWTH FD A (FORMERLY AGGRESSIVE GROWTH) | | | | | | | | | |
| 36. - SBC COMMUNICATION INC COM STK | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - VERIZON COMMUNIC COM STK | | | | | | | | | |
| 38. - REGIONS MORGAN KEEGAN MONEY MARKET FD | | | | | | | | | |
| 39. - RMK SELECT MID CAP FD A (01SA) | | | | | BUY | 06/15 | K | | |
| 40. - FIDELITY ADV EQ INC FUND A | | | | | BUY | 06/15 | J | | |
| 41. - FIDELITY ADV DIVERS INTL INC FD A | | | | | BUY | 06/15 | J | | |
| 42. CHEVRONTEXACO CORP COM STK | A | Dividend | K | T | | | | | |
| 43. AMSOUTH CHECKING WITH INTEREST | A | Interest | J | T | | | | | |
| 44. EDWARD JONES ACCT # 1 | | | | | | | | | |
| 45. - EDWARD JONES CASH HOLDING ACCT WITH VARIABLE INTEREST | A | Interest | J | T | | | | | |
| 46. - GREENPOINT BANK CD | A | Interest | | | SOLD | 07/26 | K | | |
| 47. - COMMERCIAL CAP BANK CD | A | Interest | J | T | | | | | |
| 48. - PEOPLES BANK CD | A | Interest | K | T | | | | | |
| 49. - ACACIA FED SVGS BANK CD | A | Interest | K | T | | | | | |
| 50. - CAPITAL ONE BANK CD_ | A | Interest | K | T | | | | | |
| 51. - KEY BANK CD | B | Interest | K | T | | | | | |
| 52. - MBNA AMERICA BANK CDS | C | Interest | M | T | | | | | |
| 53. - DE SOTO TEX G.O. BOND | A | Interest | K | T | | | | | |
| 54. - DE SOTO TEX CERTS OF OBLIGATION | B | Interest | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. - GENERAL ELEC CAP CORP BOND | B | Interest | K | T | | | | | |
| 56. - FEDERAL HOME LOAN MTG CORP NOTES | B | Interest | L | T | BUY | 9/16 | K | | |
| 57. EDWARD JONES ACCT # 2 | | | | | | — | | | |
| 58. - EDWARD JONES CASH HOLDING ACCT WITH VARIABLE INTEREST | A | Interest | J | T | | | | | |
| 59. - HOUSEHOLD BANK CD | B | Interest | | | SOLD | 11/03 | K | | |
| 60. - DISCOVER BANK CD | A | Interest | K | T | | | | | |
| 61. - CAPITAL ONE BANK CD | A | Interest | K | T | | | | | |
| 62. - FEDERAL HOME LOAN CORP NOTES | B | Interest | L | T | BUY | 11/18 | K | | |
| 63. SCHWAB ACCT # 2 | | | | | | | | | |
| 64. - SCHWAB MUNI MONEY FUND | | None | J | T | PART SALE | 02/11 | L | | |
| 65. COLONIAL BANK (CD) | A | Interest | K | T | BUY | 4/16 | K | | |
| 66. COLONIAL BANK (CD) | B | Interest | L | T | BUY | 2/11 | L | | |
| 67. COLONIAL BANK (CD) | A | Interest | L | T | BUY | 4/20 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PITTMAN, THOMAS V | 5/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/16/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544